# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOCTOR'S FINANCIAL NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> DRDISABILITYQUOTES.COM, LLC, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> CHARLES KRUGH <br><br> Third-Party Defendant, | Civil Action No. <br><br> 22-cv-02149 (WJM) (JRA) <br><br><br> **SECOND AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated May 16, 2023, seeking an extension to the time to complete discovery (ECF No. 39), and for good cause shown,

**IT IS, on this 23rd day of May 2023, ORDERED** that the Pretrial Scheduling Order entered **August 11, 2022** (ECF No. 23) is hereby amended as follows:

1. Fact discovery is extended through **June 30, 2023**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **June 6, 2023**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

3. All affirmative expert reports shall be delivered by **July 31, 2023**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **August 30, 2023**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **September 29, 2023**.

6. A status conference is scheduled for **September 12, 2023, at 2:30 p.m.** Please dial (888) 684-8852 and enter access code 1364268. No later than **September 5, 2023**, the parties shall file a joint letter not to exceed five (5) pages summarizing the status of the case.

7. Except as modified here, all other terms in the Pretrial Scheduling Order (ECF No. 23) remain in effect.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE