## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DOCTOR'S FINANCIAL
NETWORK, INC.,

         Plaintiff,

v.

DRDISABILITYQUOTES.COM,
LLC,

         Defendant/Third-
Party Plaintiff,

v.

CHARLES KRUGH

         Third-Party
Defendant,

Civil Action No.

22-cv-02149 (WJM) (JRA)

**THIRD AMENDED SCHEDULING ORDER**

**THIS MATTER** having come before the Court by way of the parties' joint letter dated September 5, 2023, seeking an extension to the time to complete discovery (ECF No. 42), the parties' September 12, 2023 status conference, and for good cause shown,

**IT IS, on this 12th day of September 2023, ORDERED** that the Pretrial Scheduling Order entered **August 11, 2022** (ECF No. 23) is hereby amended as follows:

1. All rebuttal expert reports shall be delivered by **October 30, 2023**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

2. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **December 14, 2023**.

3. An in-person settlement conference is scheduled for **January 17, 2024, at 10:00 a.m.** The senior attorney in charge of the case and client(s) with full settlement authority shall appear in person at the Frank R. Lautenberg Post Office and US Courthouse, 2 Federal Square, Courtroom 9, Newark, New Jersey. On or before **January 10, 2024**, the parties shall submit confidential letters of five (5) pages or less to Chambers summarizing the relevant facts, legal disputes, status of the case, and their respective settlement positions. Please send the papers via email to jra_orders@njd.uscourts.gov.

4. Except as modified here, all other terms in the Pretrial Scheduling Order (ECF No. 23) remain in effect.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE