Mandour & Associates, APC
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Gordon E. Gray (SBN 175209)
Email: ggray@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for plaintiff,
Doctor's Financial Network, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Doctor's Financial Network, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DrDisabilityQuotes.com, LLC, a New Jersey limited liability company,<br><br>Defendant.<br><br><br>DrDisabilityQuotes.com, LLC, a New Jersey limited liability company,<br><br>    Counterclaimant and<br>    Third-Party Plaintiff<br><br>v.<br><br>Doctor's Financial Network, Inc., a California corporation,<br><br>    Counterclaim Defendant;<br><br>and<br><br>Charles Krugh, an individual,<br><br>    Third-party Defendant. | **Civil Case No. 2:22-cv-02149**<br><br>**DECLARATION OF GORDON E. GRAY IN OPPOSITION TO DEFEDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Gordon E. Gray, hereby declare as follows:

1. I am counsel of record for plaintiff and counterclaim defendant Doctor's Financial Network, Inc. ("DFN") and third-party defendant Charles Krugh in the above captioned matter. I have personal knowledge of the fact set forth herein and, if called as a witness, could and would testify thereto competently and under oath.

2. Attached hereto as Exhibit 133 is a true and correct copy of the expert report of Dr. Melissa Pittaoulis.

3. Attached hereto as Exhibit 142 is a true and correct copy of the expert report of David Nolte.

4. Attached hereto as Exhibit 143 is a true and correct copy of DDQ's supplemental interrogatory response to Interrogatory No. 15.

5. Attached hereto as Exhibit 150 is a true and correct copy of an email from defense counsel, dated August 25, 2023, serving the expert disclosure and report of Mr. Keegan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: <u>June 7, 2024</u>                   <u>     /Gordon E. Gray/     </u>
                                            Gordon E. Gray

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the below, copies of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of these filings will be sent to all attorneys of record by operation of the Court's Electronic Filing System.

Dated: June 7, 2024

**Law Offices of Peter J. Lamont**

      /s/ Peter J. Lamont
Peter J. Lamont
191 Godwin Avenue, Suite 4
Wyckoff, NJ 07481
Telephone: (201) 904-2211
Email: pl@pjlesq.com

Attorneys for plaintiff and counterclaim-defendant, Doctor's Financial Network, Inc. and third-party defendant Charles Krugh