Mandour & Associates, APC
Gordon E. Gray (SBN 175209)
Email: ggray@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for plaintiff,
Doctor's Financial Network, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Doctor's Financial Network, Inc., a California corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>DrDisabilityQuotes.com, LLC, a New Jersey limited liability company,<br><br>       Defendant.<br><br><br>DrDisabilityQuotes.com, LLC, a New Jersey limited liability company,<br><br>       Counterclaimant and<br>       Third-Party Plaintiff<br><br>       v.<br><br>Doctor's Financial Network, Inc., a California corporation,<br><br>       Counterclaim Defendant;<br><br>and<br><br>Charles Krugh, an individual,<br><br>       Third-party Defendant. | Civil Case No. 2:22-cv-02149<br><br>**PLAINTIFF DOCTOR'S FINANCIAL NETWORK, INC. AND THIRD-PARTY DEFENDANT CHARLES KRUGH'S NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL** |

Pursuant to Local Civ. Rule 5.3, Plaintiff Doctor's Financial Network, Inc. and Third-party Defendant Charles Krugh hereby move to conditionally file under seal Exhibits ("Exhibits") to the Declaration of Gordon E. Gray in opposition to Defendant DrDisabilityQuotes.com, LLC's Motion for Summary Judgment.

The Exhibits contain, discuss, or otherwise include information that Defendant DrDisabilityQuotes.com, LLC designated "Confidential," and "Attorneys' Eyes Only," pursuant to the Discovery Protective Order dated August 23, 2022 ("Protective Order") (Dkt. # 25).

This information purportedly constitutes protected Material as defined in §3(A) of the Protective Order. The exhibits will be lodged with the Court and served on Defendant to provide it with an opportunity to support its claim of confidentiality. For this reason , Plaintiff Doctor's Financial Network, Inc. and Third-party Defendant Charles Krug  respectfully requests that the Court conditionally seal the exhibits.

An Index of the Exhibits is provided as follows:

| Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| Graham Rogers Deposition and Exhibits | Protective Order (Dkt. #25) | Designated by Non-moving party pursuant to Protective Order | Designated by Non-moving party pursuant to Protective Order | None. |
| Plaintiff's Expert Report of David Nolte and Exhibits | Protective Order (Dkt. #25) | Designated by Non-moving party pursuant to Protective Order | Designated by Non-moving party pursuant to Protective Order | None. |
| Excerpts and Exhibits 117-122 from Deposition Transcript of Bob Bhayani (DDQ) | Protective Order (Dkt. #25) | Designated by Non-moving party pursuant to Protective Order | Designated by Non-moving party pursuant to Protective Order | None. |
| Supplemental Interrogatory Response No. 15 of DrDisabilityQuotes.com, LLC | Protective Order (Dkt. #25) | Designated by Non-moving party pursuant to Protective Order | Designated by Non-moving party pursuant to Protective Order | None. |

- 4 -

Respectfully submitted,

**Law Offices of Peter J. Lamont**

Dated: June 7, 2024

/s/ Peter J. Lamont
Peter J. Lamont
191 Godwin Avenue, Suite 4
Wyckoff, NJ 07481
Telephone: (201) 904-2211
Email: pl@pjlesq.com

**Mandour & Associates, APC**

Dated: June 7, 2024

Ben T. Lila (CA SBN 246808), *pro hac vice*
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Email: blila@mandourlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the below, copies of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of these filings will be sent to all attorneys of record by operation of the Court's Electronic Filing System.

Dated: June 7, 2024

**Law Offices of Peter J. Lamont**

     /s/ Peter J. Lamont
Peter J. Lamont
191 Godwin Avenue, Suite 4
Wyckoff, NJ 07481
Telephone: (201) 904-2211
Email: pl@pjlesq.com

Attorneys for plaintiff and counterclaim-defendant, Doctor's Financial Network, Inc. and third-party defendant Charles Krugh