**EXHIBIT 133**

**[Filed under Seal]**

**EXHIBIT 142**

**[Filed under Seal]**

**EXHIBIT 143**

**[Filed under Seal]**

**EXHIBIT 150**

**From:** **Evella M. Parks** eparks@stark-stark.com 📎
**Subject:** DFN v. DDQ (Expert Report)
**Date:** August 25, 2023 at 7:28 AM
**To:** Ben T. Lila blila@mandourlaw.com, Joseph A. Mandour jmandour@mandourlaw.com, Gordon E. Gray ggray@mandourlaw.com
**Cc:** Gene Markin gmarkin@stark-stark.com, Craig S. Hilliard chilliard@stark-stark.com

EP

Good morning,

On behalf of Gene Markin, attached please find the report of DDQ's experts Keegan & Donato with exhibits.

Take care,
Evella

---

**Evella M. Parks**
*Paralegal to Craig S. Hilliard, Esq.,*
*and Gene Markin, Esq.*

**t:** 609.895.7324 **| f:** 609.895.7395
**e:** eparks@stark-stark.com

Stark & Stark - Attorneys at Law
100 American Metro Boulevard, Hamilton, NJ 08619 (Office)
P.O. Box 5315, Princeton, NJ 08543 (Mailing)

Website | Blog | Offices | Facebook | LinkedIn | Twitter | YouTube

  

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

| | | |
|---|---|---|
| **Keegan & Donato - Expert Report - Doctor Disability - 4887-5263...** <br> 6 MB |  | **Exhibit 6 - Untabulated Data - Doctor Disability - 4861-0183-...**  |

**GRAHAM ROGERS DEPOSITION AND EXHIBITS**

**[Filed under Seal]**

**BOB BHAYANI DEPOSITION AND EXHIBITS**

**[Filed under Seal]**