**STARK & STARK**
ATTORNEYS AT LAW

**GENE MARKIN, ESQ.**
DIRECT DIAL NUMBER
609-895-7248
DIRECT FAX NUMBER
609-895-7395
E-MAIL
gmarkin@stark-stark.com

October 11, 2024

**VIA ELECTRONIC FILING**

The Honorable William J. Martini
**United States District Court – District of New Jersey**
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   **Doctor's Financial Network, Inc. v. DrDisabilityQuotes.com, LLC**
       **Docket No.: 2:22-cv-02149 (WJM) (JRA)**

Dear District Judge Martini:

We write in response to the Court's text order in response to our trial adjournment request. [DE 72]. The Parties have conferred and agree to schedule trial in mid to late 2025 as the Court's calendar would allow. We respectfully request the Court provide the Parties with several prospective trial dates so that the Parties may confer with their witnesses and experts, agree on a firm trial date, and propose a schedule for pre-trial motion practice (motions *in limine*).

The Parties thank the Court for its time and consideration.

Respectfully,

**STARK & STARK, P.C.**


By:   /s/ *Gene Markin*
       GENE MARKIN, ESQ.



**MANDOUR & ASSOCIATES, APC**


By:   /s/ *Gordon E. Gray*
       GORDON E. GRAY, ESQ.