Mandour & Associates, APC
Gordon E. Gray (SBN 175209)
Email: ggray@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for plaintiff,
Doctor's Financial Network, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Doctor's Financial Network, Inc., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DrDisabilityQuotes.com, LLC, a New Jersey limited liability company,<br><br>　　　　Defendant.<br><br><br>DrDisabilityQuotes.com, LLC, a New Jersey limited liability company,<br><br>　　　　Counterclaimant and<br>　　　　Third-Party Plaintiff<br><br>　　v.<br><br>Doctor's Financial Network, Inc., a California corporation,<br><br>　　　　Counterclaim Defendant;<br><br>and<br><br>Charles Krugh, an individual,<br><br>　　　　Third-party Defendant. | **CIVIL CASE NO. 2:22-CV-02149**<br><br>**PLAINTIFF DOCTOR'S FINANCIAL NETWORK, INC. AND THIRD-PARTY DEFENDANT CHARLES KRUGH'S STATUS REPORT RE: ORDER DKT. 86** |

Plaintiff Doctor's Financial Network, inc. and Third-party Defendant Charles Krugh hereby provide the following status report in response the Court's Order dated May 13, 2025 (Dkt. 86):

On May 15, 2025 the parties fully executed a written settlement agreement. Pursuant to the settlement agreement the parties anticipate filing a dismissal of the action within two weeks. Plaintiff Doctor's Financial Network, inc. and Third-party Defendant Charles Krugh therefore respectfully request the Court allow the parties up to and including May 28, 2025 to prepare and file a joint dismissal of the case.

Respectfully submitted,

**Law Offices of Peter J. Lamont**

Dated: May 14, 2025

/s/ Peter J. Lamont
Peter J. Lamont
191 Godwin Avenue, Suite 4
Wyckoff, NJ 07481
Telephone: (201) 904-2211
Email: pl@pjlesq.com

**Mandour & Associates, APC**

Dated: May 14, 2025

Ben T. Lila (CA SBN 246808), *pro hac vice*
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Email: blila@mandourlaw.com

The 60 Day Administrative termination deadline is extended up to and including 5/28/25. So Ordered on 5/15/2025:

William J. Martini, U.S.D.J.

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the below, copies of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of these filings will be sent to all attorneys of record by operation of the Court's Electronic Filing System.

Dated: May 14, 2025

**Law Offices of Peter J. Lamont**

_/s/ Peter J. Lamont_
Peter J. Lamont
191 Godwin Avenue, Suite 4
Wyckoff, NJ 07481
Telephone: (201) 904-2211
Email: pl@pjlesq.com

Attorneys for plaintiff and counterclaim-defendant,
Doctor's Financial Network, Inc. and third-party defendant
Charles Krugh